

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Juan Rodriguez

                              **Plaintiff,**

V.

Carolyn W. Colvin, Acting Commissioner of Social Security

                              **Defendant.**

Civil Action No. 16-cv-2806-CAB-DHB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Accordingly, the Court Grants Plaintiff's motion for summary judgment. Defendant's cross-motion for summary judgment is Denied. It is therefore Ordered that the final decision of the Commissioner of Social Security is reversed and the case is Remanded for further proceedings and additional explanation. It is SO ORDERED.

Date: 8/11/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
                                      J. Gutierrez, Deputy